**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
MAY 2 3 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>Victor Manuel Lara,<br><br>                Defendant. | CASE NO. 11-cr-03387-JAH-2<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice;

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

18:371 - Conspiracy; 8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens

For Financial Gain; *:1324(a)(1)(A) & (v)(II)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 05/13/2016

                                            John A. Houston
                                            U.S. District Judge